# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoenas Directed to Gibson, Dunn & Crutcher LLP and Peter J. Wallison | No. 1:98-mc-000242-GK |

## MOVANTS' RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's Order to Show Cause dated July 11, 2014, movants Gibson, Dunn & Crutcher LLP and Peter J. Wallison respectfully submit that this case should be closed. This case arose out of a securities lawsuit in another court, *In re MTC Electronics Technologies Shareholder Litigation*, No. 93-CV-0876 (JG) (E.D.N.Y.), in which the plaintiff issued a subpoena from this Court to movants. Movants filed a motion to quash the subpoena on June 30, 1998; that motion was fully briefed by January 1999 but no further action was taken on the matter. Given the passage of time, the motion would appear to be moot.

Dated: July 24, 2014

Respectfully submitted,

 /s/ Mark A. Perry
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9696
mperry@gibsondunn.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2014, I caused a true and correct copy of the foregoing Response to Order to Show Cause to be served via CM/ECF on counsel of record.

/s/ Mark A. Perry
Mark A. Perry
